UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>         Plaintiff,<br><br>    v.<br><br>SOUTHERN CROSS RESOURCES GROUP, INC., MICHAEL A. NASATIR, AND ANDREW L. MADENBERG<br><br>         Defendants. | Case No. 15-cv-11506 |

**PLAINTIFF'S MOTION FOR FINAL JUDGMENT AGAINST
<u>DEFENDANTS MICHAEL A. NASATIR AND ANDREW L. MADENBERG.</u>**

Plaintiff, U. S. Securities and Exchange Commission ("the Commission"), pursuant to the Court's order of March 17, 2016 (Docket No. 15) and the partial judgments already entered against Defendants Michael A. Nasatir ("Nasatir") and Andrew L. Madenberg ("Madenberg") on January 14, 2016 (Docket Nos. 9 and 10), respectfully requests that this Court enter a final judgment against Defendants Nasatir and Madenberg establishing the amount of disgorgement, prejudgment interest, and civil penalties to be paid by each Defendant.

1.  On December 21, 2015, the Commission filed a Complaint in this matter, alleging that Southern Cross Resources Group, Inc. and its two principals, Nasatir and Madenberg, engaged in a fraudulent offering of securities in violation of Sections 5(a) and 5(c) of the Securities Act of 1933 ("Securities Act") [15. U.S.C. §§ 77e(a) and 77e(c)], and Sections 17(a)(1)-(3) of the Securities Act [15 U.S.C.§§77q(a)(1)-(3)], and Section 10(b) of the

Securities Exchange Act of 1934 ("Exchange Act") [15 U.S.C. §78j(b)] and Rule 10b-5 thereunder [17 C.F.R. § 240.10b-5]. (Docket No. 1)

2. Defendants Nasatir and Madenberg have filed consents agreeing to a bifurcated process for resolving the Commission's claims against them. In connection with those consents, Madenberg and Nasatir have agreed that: (a) the Court will determine the amounts for which they are liable for disgorgement, prejudgment interest and civil penalties; (b) that they will not argue they did not violate the securities laws; and (c) that the allegations of the Complaint will be accepted as true for purposes of determining the amount of their liability. (*See* Docket No. 5-2 at pp. 11, 18)

3. On January 14, 2016, the Court entered partial orders of judgment, including permanent injunctions, pursuant to the terms of Nasatir's and Madenberg's consents. (*See* Docket Nos. 8-10) The Court required the Commission to file its motion for final judgment by April 7, 2016. (Docket No. 15)

4. Accordingly, the Commission now seeks an order setting the amount of disgorgement, prejudgment interest, and civil penalty to be paid by Nasatir and Madenberg. Specifically, the Commission seeks: (a) an order requiring Nasatir to pay disgorgement in the amount of $645,821.85, prejudgment interest in the amount of $51,035.27, and a civil monetary penalty equal to the amount of his pecuniary gain; and (b) an order requiring Madenberg to pay disgorgement in the amount of $487,243.65, prejudgment interest in the amount of $31,168.93, and a civil monetary penalty equal to the amount of his pecuniary gain.

5. In support of this motion, and the calculation of requested disgorgement and prejudgment interest, the Commission submits herewith the Declaration of Scott J. Hlavacek.

6. The Commission also submits herewith an accompanying memorandum of law.

WHEREFORE, for the foregoing reasons, the Commission respectfully requests that the Court enter a Final Judgment against Defendants Michael A. Nasatir and Andrew L. Madenberg in the amounts described in this motion and the Commission's supporting memorandum.

Dated: April 7, 2016

Respectfully Submitted,

/s/**Robert M. Moye**
Robert M. Moye (MoyeR@sec.gov)
Anne C. McKinley (McKinleyA@sec.gov)
Emily A. Rothblatt (RothblattE@sec.gov)
Securities and Exchange Commission
175 West Jackson Boulevard, Suite 900
Chicago, Illinois 60604
Tel.: (312) 886-2485
Fax: (312) 353-7398

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 7, 2016 I filed the foregoing document with the Clerk of the Court using the ECF system, and caused copies of this document to be served upon the following by US Mail delivery:

Southern Cross Resources Group, Inc.
1224 W. Northwest Highway
Palatine, IL 60067

Mark Lenz
Allen H. Shapiro
Fisher Cohen Waldman Shapiro, LLP
1247 Waukegan Road, Suite 100
Glenview, IL 60025

*Attorney for Defendant, Michael A. Nasatir*

Andrew L. Madenberg
1362 Greenwood Ave.
Deerfield, IL 60015

                                                                    */s/Robert M. Moye*
                                                                        Robert M. Moye