UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>                  Plaintiff,<br><br>v.<br><br>SOUTHERN CROSS RESOURCES GROUP, INC., MICHAEL A. NASATIR, AND ANDREW L. MADENBERG<br><br>                  Defendants. | Case No. 15-cv-11506 |

**ORDER OF FINAL JUDGMENT AGAINST
DEFENDANT SOUTHERN CROSS RESOURCES GROUP, INC.**

This matter coming to be heard on Plaintiff's Motion for Final Judgment by Default against Defendant Southern Cross Resources Group, Inc. (Docket No. 27):

IT IS ORDERED that Plaintiff's motion is granted and the following is ordered:

Defendant is liable to pay disgorgement in the amount of $5,671,983.43, prejudgment interest in the amount of $373,785.13, and a civil monetary penalty of $50,000.

The provisions of the prior judgment against Defendant (Docket No. 11) remain in effect.

                                            IT IS SO ORDERED.

                                            **UNITED STATES DISTRICT JUDGE
ROBERT W. GETTLEMAN**

Dated: August 4, 2016

2016 AUG -4 PM 5: 14