UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>         Plaintiff,<br><br>  v.<br><br>SOUTHERN CROSS RESOURCES GROUP, INC., MICHAEL A. NASATIR, AND ANDREW L. MADENBERG<br><br>         Defendants. | Case No. 15-cv-11506 |

## ORDER OF FINAL JUDGMENT AGAINST DEFENDANTS MICHAEL A. NASATIR AND ANDREW L. MADENBERG.

This matter coming to be heard on Plaintiff's Motion for Final Judgment against Defendants Michael A. Nasatir and Andrew L. Madenberg (Docket No. 19), and having duly considered the parties submissions:

IT IS ORDERED that Plaintiff's motion is granted and the following is ordered:

(a) Defendant Nasatir is liable to pay disgorgement in the amount of $645,821.85, prejudgment interest in the amount of $51,035.27, and a civil monetary penalty of $50,000; and

(b) Defendant Madenberg is required to pay disgorgement in the amount of $487,243.65, prejudgment interest in the amount of $31,168.93, and a civil monetary penalty of $50,000.

The provisions of the prior judgments against Defendants (Docket Nos. 9-10) remain in effect.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
ROBERT W. GETTLEMAN

Dated: August 4, 2016

2016 AUG -4  PM 5: 14